## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **STEPHEN PHILLIP JONES,**<br>**Inmate #18419-039,**<br><br>　　　　**Petitioner,**<br><br>vs.<br><br>**CHARLES R. GILKEY,**<br><br>　　　　**Respondent.** | )<br>)<br>)<br>)<br>)　　**CIVIL NO. 02-030-DRH**<br>)<br>)<br>)<br>)<br>) |

### MEMORANDUM AND ORDER

**HERNDON, District Judge:**

　　More than two years has elapsed since there has been any activity in this closed case. Recently the Court has received three letters from Petitioner, each of which has been construed as yet another motion to reconsider the denial of his Section 2241 habeas corpus petition (Docs. 29, 30, 31). He also has filed a motion to review evidence (Doc. 32). As the Court previously explained in an order entered March 12, 2004 (Doc. 28):

> **THIS CASE IS CLOSED**, the Seventh Circuit Court of Appeals has agreed with this Court's decision, and Petitioner has no further recourse in this case. The instant motion is **DENIED**, and Petitioner is admonished – **DO NOT FILE ANY FURTHER MOTIONS IN THIS CASE**.

Each of the pending motions is summarily **DENIED**.

　　**IT IS SO ORDERED.**

　　**DATED: July 14, 2006.**

　　　　　　　　　　　　　　　　　　　　/s/　David　RHerndon
　　　　　　　　　　　　　　　　　　　　**DISTRICT JUDGE**